# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**Case No. 6:11-1016-01**

**SAMUEL WARLICK**

AUSA: Karen L. Gable
Defense Atty.: Don West

| JUDGE | **David A. Baker** United States Magistrate Judge | DATE AND TIME | **January 14, 2011** 3:30-3:35 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | PRETRIAL: | Candice Bunk |

## CLERK'S MINUTES
## Initial Appearance on Complaint

## Defendant was arrested today

Case called, appearances taken
Complaint executed in open court
Procedural setting by Court
Court advises Court of rights and charges
Defendant requested court appointed counsel
Court appoints FPD
Court advises defendant as to preliminary hearing
Government seeks detention of defendant and requests continuance
Court sets detention hearing and preliminary hearing to Wednesday, January 19 at 2:30 PM before Judge Dietrich