AO 470 (01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 6:11-1016-01**

**SAMUEL WARLICK**

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing and preliminary hearing in this case is scheduled as follows:

| | |
|---|---|
| **Place:** George C. Young United States Courthouse and Federal Building<br>401 West Central Boulevard<br>Orlando, Florida | **Courtroom No:** 5C<br><br>**Date and Time:** January 19, 2011, at 2:30 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 14, 2011

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE