# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**Case No. 6:11-mj-1016**

**SAMUEL WARLICK**

**AUSA: Karen Gable**
**Defense Atty.: Donald West**

| | | | |
|---|---|---|---|
| JUDGE | **Donald P. Dietrich**<br>United States Magistrate Judge | DATE AND TIME | January 19, 2011<br>2:11pm - 2:15 pm |
| DEPUTY CLERK | Maurya McSheehy | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None | PRETRIAL/PROB: | Donna Wiebe |

## Clerk's Minutes
## DETENTION HEARING AND PRELIMINARY HEARING

Case called, appearances taken

Procedural setting by the Court

Agent placed under oath.

Counsel for defendant states they are waiving preliminary hearing and detention at this time with the right to request a detention hearing at a later date.

Order of Detention to enter.